**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MARK JONATHAN BEDSOLE,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | } No. 1:18-cv-00476-TFM |
| | } |
| **JOHN DEERE COMPANY,** | } |
| **a foreign limited liability corporation,** | } |
| | } |
| **Defendant.** | } |

## NOTICE CONCERNING SETTLEMENT

Pursuant to **SECTION 3** of the Court's **UNIFORM SCHEDULING ORDER** of July 11, 2018, (Doc. 18), counsel for the Plaintiff and the Defendant make known to the Court that this case was **settled** at mediation on January 10, 2019 and may be dismissed with prejudice with each party to bear their own costs.

This the 14th day of January, 2019.

> */s/ Rufus R. Smith, Jr.*
> RUFUS R. SMITH, JR. (SMI060)
> Rufus R. Smith, Jr. & Associates
> Post Office Drawer 6629
> Dothan, Alabama 36302
> (334) 671-7959 telephone
> (334) 671-7957 facsimile
> rufusrsmith@yahoo.com

2

*/s/  Jeffrey C. Kirby*
Jeffrey C. Kirby (KIR002)
William T. Johnson, III (JOH184)
Chandler O. Kirby (KIR045)
KIRBY JOHNSON, P.C.
1 Independence Plaza, Suite 520
Birmingham, Alabama 35209
Phone: 205-458-3553
Fax: 205-458-3589
jkirby@kirbyjohnsonlaw.com
bjohnson@kirbyjohnsonlaw.com
ckirby@kirbyjohnsonlaw.com


*/s/ Reid C. Carpenter*
Reid C. Carpenter (CAR202)
Harlan I. Prater, IV (PRA004)
J. Chandler Bailey (BAI043)
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
205-581-0700 (phone)
205-581-0799 (fax)
Hprater@lightfootlaw.com
CBailey@lightfootlaw.com
RCarpenter@lightfootlaw.com